Woollen v. Wise.

No. 7198.

WOOLLEN v. WISE.

From the Huntington Circuit Court.

*W. H. Trammel* and *W. W. Woollen*, for appellant.
*H. B. Sayler* and *J. B. Kenner*, for appellee.

Worden, J.—This case is much like that of *Woollen* v. *Whitacre*, *ante*, p. 198; and that of *Ruddell* v. *Fhalor*, 72 Ind. 533, and, on grounds stated in those cases, the judgment below must be reversed.

The judgment below is reversed, with costs, and the cause remanded with instructions to the court below to sustain the demurrer to the first and second paragraphs of answer.